In the Matter of Celso L. Castillo, Appellant, v John B. Latella, Respondent.

Submitted December 14, 2015; decided March 24, 2016

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 996 (2015)].

Chief Judge DiFiore and Judge Garcia taking no part.